

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-11-00156-CR

Juan E. **GUERRA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR13014
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on the 28th day of May, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court